```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 10006
    WILLIE MCDOWELL
    SANDRA BLACKMON                                 CHAPTER 13

                                                    JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7572    SSN XXX-XX-2248


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/22/2008 and was confirmed 07/21/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   2.00%.

      The case was dismissed after confirmation 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                              PAID        PAID
--------------------------------------------------------------------------------
SANTANDER CONSUMER USA    SECURED VEHIC       8241.31          46.36       905.63
WELLS FARGO BANK          CURRENT MORTG          .00             .00          .00
IL STATE DISBURSEMENT UN  DSO ARREARS       NOT FILED            .00          .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED            .00          .00
WELLS FARGO BANK          MORTGAGE ARRE         .00             .00          .00
ADT SECURITY SERVICES     UNSECURED         NOT FILED            .00          .00
ADVANCE AMERICA           UNSECURED            729.00            .00          .00
BANK OF AMERICA           UNSECURED         NOT FILED            .00          .00
BANK ONE CARD SVS         UNSECURED         NOT FILED            .00          .00
CBCS                      UNSECURED         NOT FILED            .00          .00
CBCS                      UNSECURED         NOT FILED            .00          .00
COLLECTION                UNSECURED         NOT FILED            .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            312.18            .00          .00
COMMONWEALTH EDISON       UNSECURED           3649.63            .00          .00
CREDIT PROTECTION         UNSECURED         NOT FILED            .00          .00
CREDIT PROTECTION         UNSECURED         NOT FILED            .00          .00
EQUINOX                   NOTICE ONLY       NOT FILED            .00          .00
AIS SERVICES LLC          UNSECURED         NOT FILED            .00          .00
FIRST PREMIER BANK        UNSECURED         NOT FILED            .00          .00
NDC CK SVC                UNSECURED            352.33            .00          .00
HOMEQ SERVICING           UNSECURED         NOT FILED            .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            650.43            .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            832.34            .00          .00
HSBC TAXPAYER FINANCIAL   UNSECURED            567.41            .00          .00
HSBC TAXPAYER FINANCIAL   UNSECURED            532.73            .00          .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            239.83            .00          .00
NDC CK SVC                UNSECURED         NOT FILED            .00          .00
NICOR GAS                 UNSECURED         NOT FILED            .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           1100.99            .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            539.05            .00          .00
VILLAGE OF RIVERDALE      FILED LATE            .00             .00          .00
RMI/MCSI                  UNSECURED         NOT FILED            .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 10006 WILLIE MCDOWELL & SANDRA BLACKMON
```

```
RMI/MCSI                   UNSECURED       NOT FILED            .00           .00
RMI/MCSI                   UNSECURED       NOT FILED            .00           .00
RMI/MCSI                   UNSECURED       NOT FILED            .00           .00
RMI/MCSI                   UNSECURED       NOT FILED            .00           .00
RMI/MCSI                   UNSECURED       NOT FILED            .00           .00
ROBERT J ADAMS & ASSOC     SECURED            566.42           2.12        113.78
THE SWISS COLONY           UNSECURED          530.21            .00           .00
SANTANDER CONSUMER USA     UNSECURED       NOT FILED            .00           .00
HOMEQ SERVICING            CURRENT MORTG        .00             .00           .00
HOMEQ SERVICING            MORTGAGE ARRE    8408.60             .00           .00
ROUNDUP FUNDING LLC        UNSECURED          780.33            .00           .00
WELLS FARGO HOME MORTGAG   MORTGAGE NOTI  NOT FILED             .00           .00
AMERICASH LOANS            UNSECURED         1811.39            .00           .00
ROUNDUP FUNDING LLC        UNSECURED          430.00            .00           .00
LEGAL HELPERS PC           DEBTOR ATTY      2,684.00                        670.90
TOM VAUGHN                 TRUSTEE                                          151.21
DEBTOR REFUND              REFUND                                             .00


        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                 1,890.00

PRIORITY                                           .00
SECURED                                       1,019.41
    INTEREST                                     48.48
UNSECURED                                          .00
ADMINISTRATIVE                                  670.90
TRUSTEE COMPENSATION                            151.21
DEBTOR REFUND                                      .00
                        --------------      --------------
TOTALS                  1,890.00              1,890.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/24/09       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 08 B 10006 WILLIE MCDOWELL & SANDRA BLACKMON